2010-53729
FILED
February 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003269374

2 pgs.

SCOTT A. COBEN & ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Susan J. Dodds - State Bar No. 265057
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorneys for Debtors, ARTHUR WEBSTER and GEORGIA WEBSTER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:                                          Case No. 10-53729-B-13J

ARTHUR WEBSTER
and GEORGIA WEBSTER,

    Debtors.
_____/

**ORDER CONFIRMING PLAN**

The Chapter 13 plan of the above-named debtors has been transmitted to all

creditors, and it has been determined after notice and opportunity for a hearing that the

debtors' plan satisfies the requirements of 11 U.S.C. 1325.

1

RECEIVED
February 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003269374

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.      The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

2.      The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and

3.      The debtors shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that attorney fees for Debtors' attorney in the full amount of $3,500.00 are approved, $1,700.00 of which was paid prior to the filing of the petition. The balance of $1,800.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorney, shall be paid by the Trustee from plan payments at the rate of $180.00 per month upon confirmation.

DATED: _Feb 9, 11_

_____
Approved by the Chapter 13
Trustee as to form.

Dated: February 24, 2011

_____
Thomas C. Holman
United States Bankruptcy Judge

2